IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*



FILED

MAR 3 1 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE MATTER OF THE ISSUANCE OF
A CRIMINAL COMPLAINT AND ARREST
WARRANT RE:

ZIQUAN MALIK ELLIOTT

a/k/a/ "Banga,", a/k/a/ "Yanga," a/k/a
"wannggaaa," a/k/a "Wan Gaa," a/k/a "Lek,"

Defendant.

Case No. 2:26-mj-*108*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, Daniel Beasley, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.      I am a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am assigned to the ATF office in Norfolk, Virginia. As part of my employment, I have successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and the ATF National Academy Special Agent Basic Training Program in Glynco, Georgia. As a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program, I received specialized narcotics training. As a graduate of the ATF National Academy, I received specialized training in federal firearms regulations. In 2020, I attended the ATF Interstate Nexus Expert training at the Federal Law Enforcement Training Center. In 2024, I received training on Privately Made Firearms for Interstate Nexus. Prior to this appointment, I served as a United States Probation Officer and United States Probation Officer Assistant for the Middle District of Florida for seven years.

2.      As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.     Your affiant has become aware of the facts and circumstances described below through your affiant's personal observation, training and experience, information provided by other law enforcement officers, witness interview(s), confidential informant (CI) and suspect statement(s). Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint, your affiant has not included each and every fact known concerning this investigation. Rather, your affiant has set forth only those facts that are necessary to establish probable cause for the requested criminal complaint and arrest warrants and does not set forth all my knowledge about this matter.

## STATUTORY AUTHORITY

4.     This affidavit is submitted in support of a criminal complaint and arrest warrant charging ZIQUAN MALIK ELLIOTT, a/k/a/ "Banga," a/k/a "Yanga," a/k/a "wannggaaa," a/k/a/ "Wan Gaa," a/k/a "Lek," (ELLIOTT) with two counts of Possession of a Machinegun, in violation of Title 18, United States Code, § 922(o).

## LEGAL AUTHORITY

5.     Title 18, United States Code, Section 922(o), in relevant part, makes it unlawful for any person to . . . possess a machinegun.

6.     A machinegun is a firearm under the National Firearms Act (NFA), Title 26, United States Code, Section 5845(a). A machinegun is defined, in pertinent part, as "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun" (26 U.S.C. § 5845(b)). A Glock conversion device—commonly referred to as "Glock switch" or "Glock auto sear"—is a part, or combination of parts, designed and intended for use in converting a semi-automatic Glock pistol into a machinegun. A "Glock switch" qualifies as a "machinegun" under 26 U.S.C. § 5845(b) because the device causes the firearm to expel more than one projectile with the single pull of the trigger. Furthermore, a

2

"Glock switch" qualifies as both a firearm and a machinegun, even without it being affixed to a Glock firearm.

7.    A "Trigger Control Group Travel Reducer" (TCGTR) or "Swift-Link" is designed and intended to convert a semiautomatic AR-type weapon into a machinegun. The "TCGTR" or "Swift-Link" is classified as a "machinegun" pursuant to 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b) and does NOT need to be attached to a firearm to be classified as such.

8.    The "Yankee Boogle," a design similar to the "TCGTR" or "Swift-Link," is an MCD designed and intended to convert a semiautomatic AR-type weapon into a machinegun. The "Yankee Boogle" is classified as a "machinegun" pursuant to 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b) and does NOT need to be attached to a firearm to be classified as such.

## **PROBABLE CAUSE**

9.    On June 8, 2022, Norfolk Police Fugitive Squad (NPD), along with members of the United States Marshals Service (USMS), were attempting to execute an out of state arrest warrant on R.A and W.C. USMS located R.A. with two other individuals, one of whom was later identified as ELLIOTT at the Courtyard Marriott Hotel located on Plume Street in downtown Norfolk, Virginia.

10.    Norfolk, Virginia is located in the Eastern District of Virginia.

11.    Law enforcement observed ELLIOTT, R.A. and the third individual, M.B.H., exit the hotel and walk west on Plume Street to the intersection of Court Street.

12.    When law enforcement subsequently attempted to place R.A. under arrest, all three males, including ELLIOTT, dispersed, and attempted to flee from the officers. M.B.H. was detained after a brief pursuit, and law enforcement seized a firearm from his person. R.A. was thereafter detained, and law enforcement seized a firearm with a machine gun conversion device ("switch") from a backpack he was carrying. Law enforcement was communicating via radio, so

3

officers in pursuit of ELLIOTT were aware that his cohorts had been detained with firearms in their possession.

13.     ELLIOTT fled on foot through the bushes at the MacArthur Memorial and continued running until law enforcement apprehended him in the parking garage of MacArthur Mall. ELLOTT had a black and purple bag on his person that contained US currency, a black ski mask, a Virginia driver's license bearing his own name and photograph; and an Alabama Driver's License in the name of "D.E." containing a photograph of ELLIOTT (see Exhibit 3). ELLIOTT also had a yellow iPhone on his person.

14.     Law enforcement retraced the path ELLIOTT took during his flight from law enforcement and located a firearm in the bushes at the MacArthur Memorial. ATF responded to the scene and was notified that a firearm was in the bushes. Your affiant photographed the firearm in the bushes before retrieving it. See Exhibit 2. When your affiant retrieved the Glock 22 .40 caliber S/N: BSRB491 firearm from the bushes, your affiant discovered a a machine gun conversion device ("switch") (hereinafter, "Subject Firearm 1") was attached. See Exhibit 2.

15.     Law enforcement canvassed the surrounding area and met with staff at MacArthur Memorial Museum to collect video surveillance footage showing the portion of the foot pursuit involving ELLIOTT. The video depicted ELLIOTT running through the bushes where Subject Firearm 1 was later recovered. See Exhibit 1. The surveillance footage depicts ELLIOTT tripping and falling as he ran through the bushes. The footage depicts ELLIOTT running in the direction of MacArthur Mall parking garage where he was eventually apprehended. R.A. and ELLIOTT were both charged at the state level with possession of a machine gun.

16.     All three suspects had cellular phones and law enforcement obtained state search warrants for all three devices. All three devices were forensically analyzed, and law enforcement found the same and/or similar group messaging threads on each device wherein ELLIOTT, R.A., M.B.H.

4

and other gang members discussed narcotics, firearms, machineguns, and several shootings, some of which spanned back to May 2022.

17.     For example, ELLIOTT texted an individual on May 11, 2022, "a grab blrrdddd frm pee ill give yu da 600 back when i come back to city". Later that day, the same individual asked ELLIOTT who has his 22 (Glock 22). ELLIOTT responded that he did. ELLIOTT and this individual had subsequent discussions about putting switches on their firearms and ELLIOTT asked to put a switch on the 22. ELLIOTT text the same individual on May 12, 2022, to get his box of PMC .40 ammunition and provided a photograph. Subject Firearm 1 had several rounds of PMC .40 ammunition in the magazine at the time of its seizure on June 8, 2022.

18.     The group chats tied ELLIOTT, R.A., M.B.H. and other gang members to numerous shootings, many of which took place in or about May 2022 and early June 2022.  On or about June 2, 2022, law enforcement responded to a shooting at Avondale & Beechdale Road in Portsmouth, Virginia. Witnesses at the scene advised law enforcement a Black SUV and a White SUV were involved in the shooting. The group chats referenced above included discussion about the Avondale shooting. Subject Firearm 1 is ballistically tied to the Avondale Shooting. In fact, six (6) cartridge casings from that shooting were confirmed by ATF's forensic laboratory to be fired from the Subject Firearm 1.

19.     Later in the afternoon on June 2, 2022, another shooting occurred in the Churchland area of Portsmouth, Virigina off Town Pointe Road. Witnesses at the scene advised a black SUV with a North Carolina license plate was involved. Witnesses further advised the vehicle's occupants were firing machine guns. The group chat found on the extraction of ELLIOTT's phone had a photograph of one of the victims of the Churchland shooting, which appeared to be a screenshot of a social media live video. Seventy-one (71) cartridge casings were recovered by law enforcement at the scene of the Churchland shooting. Subject Firearm 1 is ballistically tied to the

Churchland shooting. In fact, twenty (20) cartridge casings from that shooting were confirmed by ATF's forensic laboratory to be fired from the Subject firearm 1. Law enforcement located a video of a black Chevy Equinox rental vehicle with a North Carolina license plate was posted in a group chat on ELLIOTT's cell phone on June 4, 2022. The vehicle had been reported stolen by the rental company and was later recovered at the Fairfield Inn in Chesapeake, Virginia by law enforcement. The vehicle was towed, and law enforcement conducted an inventory search prior to towing the vehicle. The video posted in the group chat depicted law enforcement searching the vehicle and individuals in the background commenting on what items law enforcement appeared to recover, including a firearm the group members in the chat referred to as a machinegun.

20.     Prior to the arrests, USMS and ATF conducted surveillance on June 7, 2022. During surveillance, law enforcement observed R.A. and others in a white Toyota Highlander bearing an Ohio license plate. The driver of the vehicle appeared to notice law enforcement and began driving erratically at high rates of speed and constantly changed directions. The group chats later confirmed these individuals were aware law enforcement was present and watching, and specifically suspected federal law enforcement may be involved. ELLIOTT texted the group chat on the evening of June 7, 2022, and stated, "just told n***** bro if worst come to worst erbody get yoked don't believe no rumors boys tell us far as n***** tellin on each other erbody just hold shit flat".

21.     During surveillance on June 8, 2022, law enforcement observed the same white Toyota Highlander with a Virginia license plate, which was not assigned to the vehicle. Law enforcement later discovered that the fraudulent identification found on ELLIOTT's person during his June 8, 2022 arrest was used to rent the White Highlander. Law enforcement observed a bullet hole in the roof of the white Highlander. The keys to the rental vehicle were in the hotel room of the suspects and it appeared that the tag of the rental vehicle was an Ohio tag.

6

22.     ATF analyzed Subject Firearm 1 and confirmed it meets the definition of a machine gun discussed in Paragraph 6.

23.     On November 10, 2025, law enforcement responded to a residence in Chesapeake, Virginia regarding a possible fatal overdose. Upon arrival, law enforcement discovered C.B., deceased, and half a blue pill in a pill bottle near C.B.'s body. The pill was tested and confirmed to contain fentanyl. In December 2025, C.B.'s autopsy report confirmed his cause of death was fentanyl toxicity.

24.     With law enforcement present, C.B.'s sister made an audio call on Instagram to D.O., C.B.'s friend, and a fellow drug user, who she believed had furnished C.B. with drugs. During the call, C.B.'s sister asked D.O. who he purchased the drugs from. D.O. stated that he purchased the drugs from "Banga".

25.     Chesapeake, Virginia is located in the Eastern District of Virginia.

26.     On November 19, 2025, D.O. was charged at the state level with distribution of fentanyl. After waiving his *Miranda* rights, D.O. told law enforcement he used "perc 30's" and described them as "blue with the fentanyl in it". D.O. said a girl he works with gave him a phone number for a guy "who goes by Banga" who sold him percs on two separate occasions. On the first occasion, D.O. bought 10 percs from "Banga" for $120. D.O. took the percs to C.B.'s house. They both took one; D.O. kept four and gave C.B. four. According to D.O., he and C.B. got high together all the time. D.O said he noticed the percs "were stronger than normal".

27.     The first time D.O. purchased pills from Banga, Banga picked D.O. up down the street from work and drove him to a gas station ATM so D.O. could retrieve cash. D.O. recalled Banga was driving a black four-door sedan. Banga had a handgun with a "long ass clip" and he was "waiving it around". D.O. said Banga was selling "real percs", "fake percs" and weed. According to D.O., the pills were in a plastic Ziplock bag, and it was "filled to the brim". The gun

was tucked between the seat and the center console. The bag of pills was on the floor by Banga's feet. D.O said, "everything was on the floor by him".

28.     According to D.O., during the second transaction, Banga was driving a newer model black SUV and met D.O. at the Waffle House in Western Branch. Banga sold D.O. eight pills for $166. Banga had the pills in a pill bottle the second time. Banga also had "pounds of weed in the car" on the floor in front of the driver's seat in a black book bag. D.O. didn't see a gun during the second transaction.

29.     During the interview, law enforcement unlocked D.O.'s phone with D.O.'s consent and D.O. pulled up Banga's phone number ending in -0656. Law enforcement subsequently obtained a search warrant for cell phone location data for the phone number ending in -0656. Law enforcement also researched the phone number ending in -0656 and discovered it was associated with a Norfolk jail call system account. The screenshot photograph of the individual associated with the account, who goes by "Yang Dang," depicts ELLIOTT. The account lists an address on County Street in Portsmouth, which is ELLIOTT's address per DMV records. The last 4 digits of ELLIOTT's social security number are associated with account. An iCloud account, Bang.aaa556@iCloud.com, is also associated with the account. Your affiant had previously associated this iCloud account with ELLIOTT in July 2023 based on Western Tidewater Regional Jail (WTRJ) call records. Similar to the Norfolk jail call system account, the account at WTRJ was associated with the same alias "Yang Dang", the last four digits of ELLIOTT's social security number, and the County Street address in Portsmouth. Based on ongoing investigations conducted by your affiant and others, I know ELLIOTT goes by the street name Banga, among other aliases.

30.     In December 2025, law enforcement obtained state search warrants for Facebook account: "Wan Gaa" https://www.facebook.com/yang.dangggg; Instagram account: "wannggaaa" https://www.instagram.com/wannggaaa/; and iCloud account bang.aaa556@icloud.com.

8

31.    In ELLIOTT's Instagram search warrant return, law enforcement located messages between ELLIOTT's account and other accounts where ELLIOTT, using covert language, directed individuals to a residence on Magnolia Street in Portsmouth, Virginia ("the Magnolia Street Residence") to conduct narcotics transactions involving fentanyl pills and marijuana. Within these message threads, ELLIOTT provided the phone number ending in -0656 as an additional means to contact him.

32.    Portsmouth, Virginia is located in the Eastern District of Virginia.

33.    In January 2026, law enforcement deployed a visual surveillance device on Magnolia Street, in the immediate vicinity of the Magnolia Street Residence. While the device was in place, law enforcement observed several individuals coming and going from the Magnolia Street Residence during all hours of the day, including the middle of the night.

34.    On January 30, 2026, at approximately 1417 hours, a black male with a red baseball hat and green shoes was observed exiting the Magnolia Street Residence with a backpack. See Exhibit 4. On or about January 30, 2026, your affiant observed that the the user of the Instagram account "wannggaaa" posted a photo of a black male wearing a red Cincinnati Reds baseball hat and green shoes (see Exhibit 4), which appeared to match the clothing the black male was wearing who exited the Magnolia Street Residence that same day.

35.    In reviewing footage from the visual surveillance device, law enforcement observed several unknown individuals going into the Magnolia Street Residence with bags or backpacks. Law enforcement further observed several, suspected hand-to-hand narcotics transactions take place outside the residence. On February 11, 2026, law enforcement obtained a state search warrant for the Magnolia Street Residence and an arrest warrant ELLIOTT for Possession with Intent to Manufacture a Controlled I/II substance.

36. On February 13, 2026, at approximately 8:24 AM, law enforcement began the execution of the search warrant at the Magnolia Street Residence by giving verbal commands from a loudspeaker for the occupants of the residence to exit. After receiving no response, at approximately 8:32 AM, law enforcement breached the front door of the Magnolia Street Residence with the bearcat. Law enforcement continued to give verbal commands for the occupants of the residence to exit. Over 20 minutes later, at approximately 8:53 AM, a female exited the residence, followed by the other occupants of the residence, including ELLIOTT.

37. Once the occupants of the residence were secured, law enforcement, including your affiant, conducted a search of the Magnolia Street Residence. During the search, law enforcement seized a cell phone belonging to ELLIOTT. A female inside the residence familiar with ELLIOTT advised law enforcement that the phone belonged to him. You affiant later observed social media posts on ELLIOTT's account depicting a device with the same phone case as the device seized and attributed to ELLIOTT. Law enforcement obtained a warrant to search the device and the forensic examination revealed the phone was factory reset (wiped with all contents deleted) at approximately 8:41 AM on February 13, 2026. The forensic examination did, however, reveal that the phone number assigned to the device is the number ending in -0656.

38. During the search of the Magnolia Street Residence, law enforcement located various narcotics, firearms, packaging materials, and other indicia of drug trafficking. Law enforcement found several items appearing to belong to ELLIOTT in one of the bedrooms (hereinafter, "ELLIOTT's bedroom"). Inside ELLIOTT's bedroom, law enforcement located a copy of a Norfolk felony arrest warrant bearing ELLIOTT's name; ELLIOTT'S bail conditions; a medical visit summary for ELLIOTT from January 3, 2026; and a paystub with ELLIOTT's name on it from November 2019. See Exhibit 5. Also, in ELLIOTT's bedroom, law enforcement observed the red Cincinnati Reds hat worn by ELLIOTT on his Instagram post on January 30, 2026, along

with the green shoes and a red and black backpack. See Exhibit 4. Inside the backpack, law enforcement located an Anderson Manufacturing AM-15 pistol. Next to the backpack on the floor, law enforcement located a Palmetto State Armory PA-15 pistol. Law enforcement located a stolen Palmetto State Armory rifle in the corner of ELLIOTT's bedroom, along with a Sccy Industries pistol. A machinegun conversion device for an assault rifle (AR) was located in a shoebox near the window. There was ammunition recovered all throughout ELLIOTT's bedroom, including from the floor, from a shoebox, and from an ammunition container that was located next to the red and black backpack. The ammunition was for various calibers of weapons, including for firearms not recovered from the residence. Law enforcement located a blue backpack in the attic that contained digital scales, packaging material, several bags of white powdery substances, and two Glock machinegun conversion devices. Below is a summary of additional evidence collected by law enforcement from the Magnolia Street Residence:

- A total of 38 firearms (several reported stolen in NCIC)
- Two machinegun conversion devices ("Glock switches")
- Approximately $3,500 in US Currency
- Approximately 200 grams of suspected[1] cocaine
- Approximately 600 Blue M30 pills suspected of containing fentanyl
- Approximately 300 grams of suspected fentanyl
- Approximately 400 grams of suspected marijuana
- Approximately 1 gram of suspected crack cocaine
- Several cell phones
- Paraphernalia of narcotic trafficking to include baggies and digital scales

## CONCLUSION

39.    Based on the information and evidence set forth above and in Exhibits 1-5, I respectfully submit there is probable cause to establish that ZIQUAN MALIK ELLIOTT committed the following offenses:

---

[1] All suspected narcotics are at the lab awaiting confirmation.

11

**COUNT ONE**: On or about June 8, 2022, within the Eastern District of Virginia, the defendant, ZIQUAN MALIK ELLIOTT, did knowingly possess a machinegun, that is a machinegun conversion device known as a Glock Switch in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO**: On or about February 13, 2026, within the Eastern District of Virginia, the defendant, ZIQUAN MALIK ELLIOTT, did knowingly possess a machinegun, that is a machinegun conversion device known as a Swift Link, Trigger Control Group Travel Reducer (TCGTR), or Yankee Boogle, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

Accordingly, I request that a complaint be issued charging ZIQUAN MALIK ELLIOTT with these offenses.

FURTHER YOUR AFFIANT SAYETH NOT

Daniel Beasley
Special Agent
Bureau of Alcohol, Tobacco, and Firearms (ATF)

Sworn and subscribed to before me this 31st day of March 2026.

UNITED STATES MAGISTRATE JUDGE

12

Exhibit 1







Exhibit 2







Exhibit 3



Exhibit 4






# Exhibit 5













